# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0002.  SIMS et al. v. MONTFORD.**

Having considered the Motion to Withdraw Appeal filed by Appellants (Robert Timothy Sims, Jr. and Charlotte J. Sims), the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/02/2013
  *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*